Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL HO,<br><br>　　　　Defendant | Case No.: 1:09-cr-00369 AWI<br><br>**STIPULATION REGARDING SENTENCING** |

　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from May 7, 2012, at 1:00 p.m., to July 9, 2012, at 1:00 p.m.

Dated: May 4, 2012　　　　　　　　　/s/ Kathleen Servatius
　　　　　　　　　　　　　　　　　　Kathleen Servatius
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


Dated: May 4, 2012　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL HO,<br><br>    Defendant | Case No.: 1:09-cr-00369 AWI |

ORDER

    IT IS ORDERED that the May 4, 2012 sentencing date is vacated.

    IT IS ORDERED that the sentencing will now occur on July 9, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   May 4, 2012

CHIEF UNITED STATES DISTRICT JUDGE