Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00369 AWI |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING SENTENCING** |
| MICHAEL HO, | |
| Defendant | |

**IT IS HEREBY STIPULATED** by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from November 13, 2012, at 11:00 a.m., to December 11, 2012, at 11:00 a.m. The parties further agree to a new filing schedule for the defendant's sentencing brief to be filed on or before November 13, 2012 at 4:00 p.m. and the government's reply to the defendant's sentencing brief to be filed on or before November 27, 2012 at 4:00 p.m.

Dated: October 18, 2012        /s/ Kathleen Servatius
                               Kathleen Servatius
                               Assistant U.S. Attorney

Dated: October 18, 2012        /s/ Jeffrey T. Hammerschmidt
                               Jeffrey T. Hammerschmidt
                               Attorney for Defendant,
                               Michael Ho

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00369 AWI |
| Plaintiff, | |
| vs. | |
| MICHAEL HO, | |
| Defendant | |

ORDER

IT IS ORDERED that the November 13, 2012 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on December 10, 2012 at 11:00 a.m.

IT IS ORDERED that the defendant's sentencing brief shall be filed on or before November 13, 2012 at 4:00 p.m. The government's reply to the defendant's sentencing brief shall be filed on or before November 27, 2012 at 4:00 p.m

IT IS SO ORDERED.

Dated: October 23, 2012

CHIEF UNITED STATES DISTRICT JUDGE