IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:09-CR-00369-AWI |
| vs. | ) | ORDER OF RELEASE |
| MICHAEL HO, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to time served on April 1, 2013;

IT IS HEREBY ORDERED that the defendant shall be released forthwith. Upon release defendant Michael Ho is ORDERED to report to the United States Probation Office forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: April 2, 2013

SENIOR DISTRICT JUDGE